AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| CARLOS MUNOZ, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>PRIDWIN HOTEL LIMITED, and RICHARD A. PETRY, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16 Civ. 1978(ADS)(AKT)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Pridwin Hotel Limited - 81 Shore Road, Shelter Island, New York 11964
    Richard A. Petry - 81 Shore Road, Shelter Island, New York 11964

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Shulman Kessler LLP
    534 Broadhollow Road, Suite 275
    Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 04/25/2016

*C. Valle*
*Signature of Clerk or Deputy Clerk*

